**Order entered July 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00416-CR

### LISA ELIZABETH BROWN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-14114-P**

## ORDER

By letter dated July 20, 2015, the Court notified counsel that we had received information appellant has died. We directed counsel to file within ten days, either a motion to abate the appeal due to appellant's death or written verification that appellant has not died. The Court now has before it the July 21, 2015 motion to abate the appeal due to appellant's death.

We **GRANT** the motion. Pursuant to Texas Rule of Appellate Procedure 7.1(a)(2), we **PERMANENTLY ABATE** the appeal.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE